UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────x

United States of America,

                 Plaintiff,

-against-

                                             Case No. 7:13-mj-2092

Travis W. Stone

                 Defendant.

───────────────────────────────x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                             SO ORDERED.

                                             _____
                                             Hon. Martin R. Goldberg
                                             United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
         Poughkeepsie, New York